# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MARVELLE PRYOR**                                                    **PETITIONER**

**v.**                                                    **No. 4:16CV97-DMB-JMV**

**WARDEN TIMOTHY OUTLAW, ET AL.**                               **RESPONDENTS**


### ORDER DIRECTING STATE TO RESPOND

Marvelle Pryor has filed a petition for relief under 28 U.S.C. § 2254.  It is **ORDERED:**

1.      That no later than October 3, 2016, respondent, through Jim Hood, Attorney General of the

State of Mississippi, file his answer to this action, **along with his answer, full and complete**

**transcripts of all proceedings** in the state courts of Mississippi arising from the charge of possession

of a firearm by a convicted felon against the petitioner in the Circuit Court of Grenada County,

Mississippi.

2.      That within 14 days of service upon him of a copy of respondent's answer, petitioner may file

his traverse or reply to the allegations contained in such answer.

3.      The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the

petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim

Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys

General Jerrolyn Owens and Lesley Miller.  The respondent must electronically file the completed

acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 25th day of July, 2016.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE