IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARVELLE PRYOR**     **PETITIONER**

**V.**     **NO. 4:16-CV-97-DMB-JMV**

**WARDEN TIMOTHY OUTLAW, et al.**     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with this Court's Order entered this day, Marvelle Pryor's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED**, this 4th day of September, 2019.

                                           **/s/Debra M. Brown**
                                           **UNITED STATES DISTRICT JUDGE**